**DISMISS; and Opinion Filed July 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00125-CV

**ARTHUR ARREDONDO, Appellant**
**V.**
**DORIANA MARTINEZ, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-24142**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Brown, and Justice Stoddart
Opinion by Justice Brown

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated January 30, 2015 we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated January 30, 2015, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated March 23, 2015, we informed appellant the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or written verification that he had been found entitled to proceed without payment of costs. We cautioned appellant that failure to provide the required

documentation would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b),(c).


/Ada Brown/
ADA BROWN
JUSTICE

150125F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ARTHUR ARREDONDO, Appellant

No. 05-15-00125-CV      V.

DORIANA MARTINEZ, Appellee

On Appeal from the 255th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-14-24142.
Opinion delivered by Justice Brown. Chief Justice Wright and Justice Stoddart participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee DORIANA MARTINEZ recover her costs of this appeal from appellant ARTHUR ARREDONDO.

Judgment entered this 30th day of July, 2015.